Opinion issued November 1, 2016



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00332-CV

———————————

**CHROME ZONE, LLC AKA BIG RIG PRODUCTS OF TEXAS, BIG RIG PRODUCTS, LLC AND GLENN HOUCK, Appellants**

**V.**

**BENJAMIN BERGH, Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-46545**

---

## MEMORANDUM OPINION

Appellants, Chrome Zone, LLC aka Big Rig Products of Texas, Big Rig Products, LLC and Glenn Houck, have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified

that this appeal was subject to dismissal, appellants did not adequately respond.  *See*

TEX. R. APP. P. 37.3(b), 42.3(b).

We dismiss the appeal for want of prosecution.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.